UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>-against-<br><br>CBD AMERICAN SHAMAN, LLC.<br>Defendant. | Case No. 2:20-CV-00853-GJP<br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated:  Philadelphia, Pennsylvania
           May 4, 2020

Respectfully submitted,

*/s/* David S. Glanzberg
Glanzberg Tobia Law, P.C.
*Attorneys for Plaintiff*